IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530 <br><br> *Defendant*. | Case No. 20-cv-2332 |

**COMPLAINT**

1.     Plaintiff American Oversight brings this action against the U.S. Department of Justice under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

**JURISDICTION AND VENUE**

2.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3.     Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4.     Because Defendant has failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from

1

continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5. Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to the promotion of transparency in government, the education of the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information gathered, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6. Defendant U.S. Department of Justice (DOJ) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). The Office of the Inspector General (OIG) and the Office of Professional Responsibility (OPR) are components of DOJ and process FOIA requests on their own behalves. Through its components, DOJ has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

7. On July 24, 2020, American Oversight filed a FOIA request with OIG and OPR seeking the following:

> All complaints submitted to the DOJ Office of the Inspector General (OIG) or the Office of Professional Responsibility (OPR) containing allegations that concern the conduct of Attorney General William Barr.

> To be clear, American Oversight is not asking DOJ to release the names of any career employees or officials who have included allegations concerning Attorney General Barr's conduct in a complaint, or to release the names of other career DOJ officials involved in any complaints.
>
> Please provide all responsive records from February 14, 2019, through the date the search is conducted.

8. OIG acknowledged this request on July 28, 2020 and assigned the request tracking number 20-OIG-302.

9. American Oversight has not received any further communications from DOJ regarding this request.

*Exhaustion of Administrative Remedies*

10. As of the date of this complaint, DOJ has failed to (a) notify American Oversight of any determination regarding its FOIA request, including the scope of any responsive records DOJ intends to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

11. Through DOJ's failure to respond to American Oversight's FOIA request within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Searches for Responsive Records**

12. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

13. American Oversight properly requested records within the possession, custody, and control of DOJ.

14.	DOJ is an agency subject to FOIA, and it must therefore make reasonable efforts to search for requested records.

15.	DOJ has failed to promptly review agency records for the purpose of locating those records that are responsive to American Oversight's FOIA request.

16.	DOJ's failure to conduct an adequate search for responsive records violates FOIA and DOJ regulations.

17.	Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendant to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA request.

## COUNT II
## Violation of FOIA, 5 U.S.C. § 552
## Wrongful Withholding of Non-Exempt Responsive Records

18.	American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

19.	American Oversight properly requested records within the possession, custody, and control of DOJ.

20.	DOJ is an agency subject to FOIA, and it must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

21.	DOJ is wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce non-exempt records responsive to its FOIA request.

22.	DOJ is wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA request.

23. DOJ's failure to provide all non-exempt responsive records violates FOIA and DOJ regulations.

24. Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA request;

(2) Order Defendant to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA request and indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA request;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated:  August 25, 2020 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel A. McGrath*
　　　　　　　　　　　　　　　　　　　　Daniel A. McGrath
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1531723

　　　　　　　　　　　　　　　　　　　　AMERICAN OVERSIGHT
　　　　　　　　　　　　　　　　　　　　1030 15th Street NW, B255
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 897-4213
　　　　　　　　　　　　　　　　　　　　daniel.mcgrath@americanoversight.org

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*